

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>David Martinez<br>DEFENDANT(S). | CASE NUMBER<br>12-1708 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Deft___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___7/20/12___, at ___11___ ☒a.m. / ☐p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___540___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/17/12___           _____
                              U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                    Page 1 of 1